IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENDALL HUDSON, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-CV-2(HL) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated March 29, 2023, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 29th day of March, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk